■ In the Matter of JOSEPH WALLS, Appellant, v EDWARD R. HAMMOCK, as Chairman of the New York State Board of Parole, Respondent. — Judgment of the Supreme Court, Nassau County, dated January 28, 1981, affirmed, without costs or disbursements, for the reasons stated in the memorandum of Mr. Justice Spatt at Special Term. Titone, J.P., Rabin, Margett and Weinstein, JJ., concur.